

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00475-CV

**IN THE INTEREST OF N.F.M. AND S.R.M.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00070
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file the appellant's brief and the supplemental motion are **GRANTED**. We order appellant's counsel, Gerald Uretsky, to file the appellant's brief by September 17, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court